UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

*09-934*

U.S. v. David Minor  D/O/B: ▓▓▓▓  STATE  ID NUMBER (989445B)      (KSH)

## PETITION FOR
## WRIT OF HABEAS CORPUS

1. David Minor, (D/O/B ▓▓▓▓ STATE  ID NUMBER (989445B), is now confined at, Southern State Correctional Facility, Delmont, New Jersey 08314.

2. Said individual will be required at Newark, New Jersey, before the Honorable Hayden, Newark, NJ 07102, on Thursday, January 14, 2010, at 3:00 p.m., for an Initial Appearance and Arraignment, in the above-captioned matter.  A Writ of Habeas Corpus should issue for that purpose.

DATED: January 4, 2010

_____
Sharon E. Ashe
Assistant U.S. Attorney
Petitioner

## ORDER

Let the Writ Issue.

DATED:  1/8/10

_____
Hon. Katharine S. Hayden
United States District Judge

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the Southern State Correctional Facility, YOU that you have the body of

### DAVID MINOR

now confined at Southern State Correctional Facility be brought to the United States District Court, before the Honorable Katharine S. Hayden, in Newark, NJ on Thursday, January 14, 2010, 3:00 p.m., so that he may appear for an Initial Appearance and Arraignment in the above-captioned matter.  Immediately upon completion of the proceedings, defendant will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Katharine S. Hayden
United States District Judge
Newark, New Jersey.

DATED:  1/8/10

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk