UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | Hon. Katharine S. Hayden |
| v. : | Criminal No. 09-934 |
| DAVID MINOR : | ORDER FOR CONTINUANCE |

This matter having been opened to the Court by Paul J. Fishman, United States Attorney for the District of New Jersey (Sharon Ashe, Assistant U.S. Attorney, appearing), and defendant David Minor (Kevin Carlucci, appearing), for an order granting a continuance of the proceedings in the above-captioned matter for a period of sixty days, from January 18, 2011 to March 19, 2011, to allow the parties to conduct plea negotiations and attempt to finalize a plea agreement, and the defendant being aware that he has the right to have this matter brought to trial within seventy (70) days of date the defendant appeared before a judicial officer of this court and that a continuance shall serve to delay a trial in this matter, and the defendant through his attorney having waived such rights and consented to the continuance; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations currently are in progress, and both the United States and the defendant desire additional time to enter the plea in Court, which would thereby render trial of this matter unnecessary.

2. Defendant has consented to the aforementioned continuance.

3. The grant of a continuance will likely conserve judicial resources.

4. Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this 24th day of January 2011,

ORDERED that the proceedings in the above-captioned matter are continued for the sixty (60) day period from January 18, 2011 to March 19, 2011 ;

IT IS FURTHER ORDERED that the period between January 18, 2011 to March 19, 2011, shall be excludable in computing time under the Speedy Trial Act of 1974.

HON. KATHARINE S. HAYDEN
United States District Judge

_____
Kevin Carlucci
Attorney for David Minor

_____
Sharon Ashe
Assistant United States Attorney