UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. DAVID MINOR, 09-934

## PETITION FOR
## WRIT OF HABEAS CORPUS

( x ) Ad Prosequendum          ( ) Ad Testificandum

1. David Minor, (⬛⬛⬛⬛⬛) STATE ID NUMBER (989445B), is now confined at, Southern State Correctional Facility, Delmont, New Jersey 08314.

2. The Detainee is

   charged in this District by Indictment with knowingly possessing in and affecting commerce a firearm, namely, a Fie, 38 Caliber Titan Tiger, with serial number 036153, in violation of Title 18, United States Code, Section 922(g)(1).

3. The Detainee will

   return to the custody of the detaining facility upon termination of proceedings

4. be required at Newark, New Jersey, before the Honorable Hayden, Newark, NJ 07102, on Friday, October 14th at 11:30 a.m., for a Sentencing, in the above-captioned matter. A Writ of Habeas Corpus should issue for that purpose.

DATED: September 20, 2011

_____
Sharon E. Ashe
Assistant U.S. Attorney
Petitioner

---

## ORDER

Let the Writ Issue.

DATED: 9/28/11

_____
Hon. Katharine S. Hayden, U.S.D.J.

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the Southern State Correctional Facility:

WE COMMAND YOU that you have the body of

David Minor,

now confined at the Southern State Correctional Facility, brought before the United States District Court, the Hon. Katharine S. Hayden, U.S. DISTRICT, in the U.S. Post Office & Courthouse at NEWARK, on Friday, October 14th at 11:30 a.m., in civilian clothes, so that the Detainee may appear for a Sentencing in the above-captioned matter.

Immediately upon completion of the proceedings, the Detainee will be returned to said place of confinement in safe and secure conduct.

WITNESS Honorable Katharine S. Hayden
United States District Judge
Newark, New Jersey..

DATED: 9/28/11

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk