# United States District Court

for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: David Minor　　　　　　　　　　　　　　　Cr.: 09-00934-001
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　PACTS #: 56931

Name of Sentencing Judicial Officer:　THE HONORABLE KATHARINE S. HAYDEN
　　　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 10/14/2011

Original Offense: Possession of a Firearm by a Convicted Felon

Original Sentence: 77 months imprisonment, 36 months supervised release

Special Conditions: Substance Abuse Testing/Treatment, Mental Health Treatment

Type of Supervision: Supervised Release　　　　　Date Supervision Commenced: 07/21/2017

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On September 13, 2017, the offender provided a urine sample which tested positive for marijuana. The offender admitted to using marijuana and signed an admission form |

U.S. Probation Officer Action:
The probation office verbally admonished the offender for his drug use. The probation office has increased the frequency of testing and this notice to the Court will serve as a written reprimand to the offender.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　*Patrick Hattersley*
　　　　　　　　　　　　　　　　　　　　　　　By: Patrick Hattersley
　　　　　　　　　　　　　　　　　　　　　　　　　Senior U.S. Probation Officer
　　　　　　　　　　　　　　　　　　　　　　　Date: 03/12/2018

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ No Formal Court Action to be Taken at This Time

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other (Present this as the Courts formal written reprimand)

_____
Signature of Judicial Officer

3/15/18
_____
Date